IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDDIE E. ABRAM, | ) | 4:14CV3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BEQUETTE, Sgt., | ) | |
| | ) | |
| Defendant. | ) | |

On March 9, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. The court warned Plaintiff that failure to file an amended complaint would result in dismissal of this action for failure to state a claim upon which relief may be granted. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed with prejudice because the Complaint fails to state a claim upon which relief may be granted. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 7th day of May, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge